Case 1:25-mj-00051-MJS   Document 1-1

Case: 1:25-mj-00051
Assigned To : Sharbaugh, Matthew J.
Assign. Date : 3/24/2025
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

1. As reported in Metropolitan Police Department ("MPD") Criminal Case Number ("CCN") 25-041-276, MPD officers assigned to the Seventh District ("7D") Special Missions Unit ("SMU") were on patrol in Washington Highlands area of Southeast Washington, D.C., at approximately 1:25pm on March 22, 2025. The officers were in full police uniform and operating marked patrol cars. This specific patrol was in response to a shooting in the same area that occurred two days prior.

2. Officers Bowman and Zumbrun drove their patrol car into the alleyway behind 4010 9th Street and noticed a man, later identified as CEVIN ANDRE BELTON ("BELTON") standing by a fence. Below is a Google™ image of the alley from the entry at Barnaby Street, Southeast. The building located at 4010 9th Street, Southeast, is to the right of the fence and trees from this vantage point.



3. When BELTON saw the patrol car, began walking toward the entrance of the building. Officers exited their patrol car to do a foot patrol of the area. BELTON looked over his shoulder and, upon seeing that the officers had exited their vehicle, BELTON began to run at a

1

full sprint down a stairway. Officers observed that BELTON was holding the front of his waistband as he ran.

4. Based on their training and experience, Officers Bowman and Zumbrun knew that persons illegally carrying firearms often carry those firearms in their waistband. Given BELTON's unprovoked flight upon seeing them, and the way he held the front of his waistband as he ran, Officers Bowman and Zumbrun believed that BELTON was had a firearm in the front of his waistband.

5. Officers Bowman and Zumbrun gave chase, and followed BELTON on foot towards 9th Street, Southeast, and then turned left on 9th Stret, Southeast, toward Bellevue Street, Southeast. As they ran, Officer Zumbrun saw BELTON reach into the front of his waistband and produce a black firearm. Officer Zumbrun immediately alerted his fellow officers. Officer Bowman then saw BELTON make a throwing motion from right to left and saw the firearm fly out of BELTON's hands landing in the grass to their left. Officer Bowman then called out that BELTON had thrown the firearm.

6. The officers caught up to BELTON near the intersection of Defendant Belton near the intersection of 9th and Bellevue Streets, Southeast and were able to apprehend BELTON after a brief struggle. Officers responding to assist then began to canvass the area where Officers Bowman and Zumbrun had seen the firearm. Officer Moyer located the firearm in the grass on the side of 4220 9th Street, Southeast, with no debris on top of it. The firearm appeared to have fresh dirt on the rear of it near the rear sights, consistent with being thrown a distance and making a hard impact on the ground. It also appeared to be void of rust indicating it had not been resting outdoors for an extended period of time.



7.      The firearm was later determined to be a Springfield Armory, Hellcat 9mm semi-automatic handgun bearing Serial Number BA336624. The firearm was located with one round in the chamber and nine rounds in the 10-round capacity magazine at the time it was seized. A WALES/NCIC query of the serial number revealed that the firearm had been reported stolen by a Federal Firearms License holder in Georgia.

8.      Your affiant is aware that, at the time of his arrest, BELTON had previously been convicted of a crime punishable by more than one year in prison, specifically in the Circuit Court for Prince George's County, Maryland Case Number CT050969B. BELTON was sentenced to serve 8 years in prison in that case, thus he had knowledge that he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

9.      Search incident to BELTON's arrest, officers recovered approximately 15.53 grams of white rocklike substance which field-tested positive fort the presence of cocaine base.

3



10.     Officers also recovered ten blue-in-color, small plastic zipper bags, containing a total of approximately 3.047 grams of white powder suspected to be fentanyl.  This powder field tested negative for the presence of heroin and also field tested negative for the presence of cocaine.



11.     Officers also recovered $157.17 in United States currency and two cellular telephones from BELTON's person incident to his arrest.

4

12. As such, Your Affiant respectfully submits that there is probable cause to find that, on March 22, 2025, in the District of Columbia, CEVIN ANDRE BELTON committed the offense of Unlawful Possession of a Firearms and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

13. Your Affiant also respectfully submits that there is probable cause to find that, on March 22, 2025, in the District of Columbia, CEVIN ANDRE BELTON committed the offense of Possession With Intent to Distribute Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C).

14. Your Affiant also respectfully submits that there is probable cause to find that, on March 22, 2025, in the District of Columbia, CEVIN ANDRE BELTON committed the offense of Using, Carrying, and Possessing a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

_____
Officer Justice Bowman
Metropolitan Police Department, Washington, D.C.

SWORN AND SUBSCRIBED BEFORE ME ON MARCH 24, 2025.

_____
MATTHEW J. SHARBAUGH
United States Magistrate Judge